**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Edward VALENTIN, Defendant–Appellant.**

**No. 15–15082**
**Non–Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 06/22/2016

Peter J. Sholl, Arthur Lee Bentley, III, Anita M. Cream, U.S. Attorney's Office, Tampa, FL, Ilianys Rivera Miranda, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Edward Valentin, Oakdale, LA, for Defendant–Appellant.

Before WILSON, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Edward Valentin in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent

examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Valentin's conviction and sentence is **AFFIRMED**.